IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICHOLE CHRISTIE and
CINDY BOYCE, each individually
and on behalf of all others similarly
situated                                                                                                                PLAINTIFFS

v.                              Case No. 4:15-cv-001-KGB

VISION'S; TODD LAURY, individually
and as officer and/or director of Vision's;
ANDREA LAURY, individually
and as officer and/or director of Vision's;
RANDY MCGILL, individually
and as officer and/or director of Vision's                                                          DEFENDANTS

## ORDER

Before the Court is a joint motion to dismiss with prejudice (Dkt. No. 22). The parties inform the Court that all claims by and among the parties have been resolved. They request that the Court enter an Order of dismissal with prejudice as to all claims that were made or could have been made in this action, and the parties ask that the Court retain jurisdiction over the settlement agreement. The parties have agreed to bear their own attorneys' fees and costs.

The joint motion to dismiss with prejudice is granted (Dkt. No. 22). The Court dismisses with prejudice this action and orders that each party bear his or its own attorneys' fees and costs. The Court will retain jurisdiction over this matter for a period of 90 days from the date of this Order to enforce the terms of the settlement agreement. The parties may move for an extension of time for the Court to retain jurisdiction if such an extension becomes necessary.

So ordered this the 1st day of February, 2016.

_____
Kristine G. Baker
United States District Judge